FILED
ASHEVILLE, NC

AUG 0 6 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| In the matter of the indictment and arrest warrant for | Case No. 1:24-CR-51-MR-WCM |
|---|---|
| JORDAN LEVI MERSHIMER | **Filed Under Seal** |

## ORDER TO SEAL

UPON MOTION of the United States of America for an order directing that the Indictment, Arrest Warrant, and all related motions or orders issued be sealed,

**IT IS HEREBY ORDERED** that the foregoing materials are sealed.

SO ORDERED on this 6th day of August 2024.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE