IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:24-cr-00051-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JORDAN LEVI MERSHIMER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Government's Motion to Unseal (Doc. 5) is **GRANTED** and the Clerk is respectfully directed to unseal the Indictment, Arrest Warrant, and all related motions and orders.

It is so ordered.

Signed: August 16, 2024

W. Carleton Metcalf
United States Magistrate Judge